# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: COMAN, CORNEL | § Case No. 11-41329 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 08/29/2012 in Courtroom 744, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/26/2012    By: /s/DEBORAH K. EBNER
                                      Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: COMAN, CORNEL                                   § Case No. 11-41329
                                                       §
                                                       §
Debtor(s)                                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 49,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 49,000.00 |
| **Balance on hand:** | $ 49,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:                       $ 49,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 5,650.00 | 0.00 | 5,650.00 |
| Trustee, Expenses - Deborah K. Ebner | 5.80 | 0.00 | 5.80 |
| Attorney for Trustee, Fees - Steven R Radtke | 8,850.00 | 0.00 | 8,850.00 |

Total to be paid for chapter 7 administration expenses:   $ 14,505.80
Remaining balance:                                        $ 34,494.20

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 34,494.20 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 34,494.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 485,622.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,978.43 | 0.00 | 424.66 |
| 2 | FIA CARD SERVICES, N.A. | 10,011.63 | 0.00 | 711.13 |
| 3 | Albany Bank & Trust Company NA | 469,632.62 | 0.00 | 33,358.41 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 34,494.20 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-41329-ERW
Cornel Coman                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: arodarte              Page 1 of 2                 Date Rcvd: Jul 27, 2012
                               Form ID: pdf006             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2012.
```
db         +Cornel Coman,    5004 N. Parkside,    Chicago, IL 60630-4633
aty        +Chill Chill & Radtke PC,    Steven R Radtke,    Chill Chill & Radtke PC,    79 W Monroe Street,
             Suite 1305,   Chicago, IL 60603-4925
17909795   +Albany Bank & Trust Company NA,    Michael Bentcover,    3400 W. Lawrence Avenue,
             Chicago, IL 60625-5104
17909796   +Albany Bank and Trust Co.,    3400 W. Lawrence,    Chicago, IL 60625-5188
17909797   +American Home Mortgage Servicing,    PO Box 631730,    Irving, TX 75063-0002
17909798   +Angelica Coman,    5004 N. Parkside,    Chicago, IL 60630-4633
17909801   +Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
17909799    Bank of America,    ATTN: Bankruptcy Dept.,    475 Cross Point Pkwy., PO Box 9000,
             Getzville, NY 14068-9000
17909802   +Chase Auto Finance Co.,    PO Box 9001801,    Louisville, KY 40290-1801
17909803   +Citibank,    PO Box 183171,    Columbus, OH 43218-3171
18087008    FIA CARD SERVICES, N.A.,    Bank of America, NA (USA) &,    MBNA America Bank, NA,    PO Box 15102,
             Wilmington, DE 19886-5102
17909805   +HSBC Retail Services,    Dept. 9600,    Carol Stream, IL 60128-0001
17909806    Nationstar Mortgage,    PO Box 199111,    Dallas, TX 75219
17909807   +Oak Bank,    1000 N. Rush Street,    Chicago, IL 60611-1208
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18068843     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 28 2012 07:21:42     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17909804     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 28 2012 07:21:42     Discover Card,    PO Box 6103,
             Carol Stream, IL 60197-6103
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17909800    ##+Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: arodarte              Page 2 of 2                   Date Rcvd: Jul 27, 2012
                              Form ID: pdf006             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2012 at the address(es) listed below:
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
          IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
          admin.assistant@debnertrustee.com
          Edward Y. Lau    on behalf of Debtor Cornel Coman edwlau@aol.com
          Evan  Moscov    on behalf of Plaintiff  FIA Card Services, N.A. evan.moscov@moscovlaw.com,
          AdamL@w-legal.com
          Jeffrey W Finke    on behalf of Creditor   Albany Bank and Trust Company, N.A.
          jwfinke@mindspring.com
          Nisha B Parikh    on behalf of Creditor   American Home Mortgage Servicing, Inc.
          nparikh@klueverplatt.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor   Nationstar Mortgage LLC ND-Four@il.cslegal.com
          Steven R Radtke    on behalf of Trustee Deborah Kanner Ebner sradtke@chillchillradtke.com
                                                                                       TOTAL: 8