**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: COMAN, CORNEL                                           Case No. 11-41329
_____,                     Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                        Assets Exempt: $20,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $34,494.20    Claims Discharged
                                               Without Payment: $505,068.48

Total Expenses of Administration: $14,505.80

---

   3) Total gross receipts of $   49,000.00   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $49,000.00
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $777,252.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,505.80 | 14,505.80 | 14,505.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 70,520.00 | 485,622.68 | 485,622.68 | 34,494.20 |
| **TOTAL DISBURSEMENTS** | $847,772.00 | $500,128.48 | $500,128.48 | $49,000.00 |

    4)  This case was originally filed under Chapter 7 on October 11, 2011. The case was pending for 14 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2012          By: /s/DEBORAH K. EBNER
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Note and Mortgage dated May 23, 2007, in the amo | 1129-000 | 49,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$49,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 282,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Albany Bank and Trust Co. | 4110-000 | 58,626.00 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage Servicing | 4110-000 | 100,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Finance Co. | 4110-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar Mortgage | 4110-000 | 265,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Albany Bank and Trust Co. | 4110-000 | 58,626.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$777,252.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 5,650.00 | 5,650.00 | 5,650.00 |
| Deborah K. Ebner | 2200-000 | N/A | 5.80 | 5.80 | 5.80 |
| Steven R Radtke | 3210-000 | N/A | 8,850.00 | 8,850.00 | 8,850.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,505.80 | $14,505.80 | $14,505.80 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,180.00 | 5,978.43 | 5,978.43 | 424.66 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 10,400.00 | 10,011.63 | 10,011.63 | 711.13 |
| 3 | Albany Bank & Trust Company NA | 7100-000 | N/A | 469,632.62 | 469,632.62 | 33,358.41 |
| NOTFILED | Oak Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 26,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 15,820.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | HSBC Retail Services | 7100-000 | 11,720.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $70,520.00 | $485,622.68 | $485,622.68 | $34,494.20 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-41329  **Trustee:** (330480) DEBORAH K. EBNER
**Case Name:** COMAN, CORNEL  **Filed (f) or Converted (c):** 10/11/11 (f)
  **§341(a) Meeting Date:** 11/14/11
**Period Ending:** 12/10/12  **Claims Bar Date:** 02/14/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Single family home occupied by debtor and his, s | 110,000.00 | 0.00 | | 0.00 | FA |
| 2 | Vacant parcel of land located at Lot 19 on Gar, | Unknown | 0.00 | | 0.00 | FA |
| 3 | Property located at 8210 Riverside Drive, Sale, | 100,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 flat apartment building located at 5412 W., Mo | 42,500.00 | 0.00 | | 0.00 | FA |
| 5 | 2 flat apartment building located at 5414 W., Mo | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 6 | Checking and savings account at Chase Bank | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furnishings at Debtor's resi | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | 100% ownership of the Membership Interests in C | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Note and Mortgage dated May 23, 2007, in the amo | Unknown | 0.00 | | 49,000.00 | FA |
| 10 | 2010 GMC Savanah cargo van, encumbered with a 1s | 6,000.00 | 0.00 | | 0.00 | FA |
| 11 | Misc. tools of the trade. | 1,500.00 | 0.00 | | 0.00 | FA |
| **11** | **Assets  Totals** (Excluding unknown values) | **$311,000.00** | **$47,000.00** | | **$49,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is liquidating mortgage receivable.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013    **Current Projected Date Of Final Report (TFR):**   July 26, 2012  (Actual)

Printed: 12/10/2012 12:34 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-41329 | | Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- | --- |
| Case Name: | COMAN, CORNEL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******27-66 - Checking Account |
| Taxpayer ID #: | **-***9638 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/10/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/01/12 | {9} | Ciprian and Mina Coman | | 1129-000 | 4,000.00 | | 4,000.00 |
| 06/01/12 | {9} | Freedom Title Corporation Escrow Settlement Account | | 1129-000 | 45,000.00 | | 49,000.00 |
| 08/29/12 | 101 | Steven R Radtke | Dividend paid 100.00% on $8,850.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 8,850.00 | 40,150.00 |
| 08/29/12 | 102 | Deborah K. Ebner | Dividend paid 100.00% on $5,650.00, Trustee Compensation;  Reference: | 2100-000 | | 5,650.00 | 34,500.00 |
| 08/29/12 | 103 | Deborah K. Ebner | Dividend paid 100.00% on $5.80, Trustee Expenses;  Reference: | 2200-000 | | 5.80 | 34,494.20 |
| 08/29/12 | 104 | Discover Bank | Dividend paid 7.10% on $5,978.43; Claim# 1; Filed: $5,978.43; Reference: | 7100-000 | | 424.66 | 34,069.54 |
| 08/29/12 | 105 | FIA CARD SERVICES, N.A. | Dividend paid 7.10% on $10,011.63; Claim# 2; Filed: $10,011.63; Reference: | 7100-000 | | 711.13 | 33,358.41 |
| 08/29/12 | 106 | Albany Bank & Trust Company NA | Dividend paid 7.10% on $469,632.62; Claim# 3; Filed: $469,632.62; Reference: | 7100-000 | | 33,358.41 | 0.00 |

|  |  | ACCOUNT TOTALS | 49,000.00 | 49,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | Subtotal | 49,000.00 | 49,000.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | NET Receipts / Disbursements | $49,000.00 | $49,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # 9200-******27-66 | 49,000.00 | 49,000.00 | 0.00 |
|  | $49,000.00 | $49,000.00 | $0.00 |

{} Asset reference(s)

Printed: 12/10/2012 12:34 AM  V.13.04